UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-20460-CR-GRAHAM/GOODMAN**
CASE NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

FILED by CF D.C.
ELECTRONIC
Jul 7, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

JORGE GONZALEZ-ZULUETA,
    a/k/a, "Jorgito,"
ANTONIO HERNANDEZ-GALINDO,
DANIEL ABREU-JIMENEZ,
    a/k/a, "Danny,"
YOUANY OLIVERA-GARCIA, and
ARIEL VALDES,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about May 24, 2011, and continuing through on or about June 23, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

JORGE GONZALEZ-ZULUETA,
a/k/a, "Jorgito,"
ANTONIO HERNANDEZ-GALINDO,
DANIEL ABREU-JIMENEZ,
a/k/a, "Danny,"
YOUANY OLIVERA-GARCIA, and
ARIEL VALDES,

did knowingly and intentionally combine, conspire, confederate, and agree with each other to possess

with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about June 23, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE GONZALEZ-ZULUETA,**
a/k/a, "Jorgito,"
**ANTONIO HERNANDEZ-GALINDO,**
**DANIEL ABREU-JIMENEZ,**
a/k/a, "Danny,"
**YOUANY OLIVERA-GARCIA, and**
**ARIEL VALDES,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

From on or about May 24, 2011, and continuing through on or about June 23, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE GONZALEZ-ZULUETA,**
a/k/a, "Jorgito,"
**ANTONIO HERNANDEZ-GALINDO,**
**DANIEL ABREU-JIMENEZ,**
a/k/a, "Danny,"
**YOUANY OLIVERA-GARCIA, and**
**ARIEL VALDES,**

did knowingly and intentionally combine, conspire, confederate and agree with each other to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as the term "commerce" is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did agree with each other to unlawfully take and obtain property from persons against their will, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 4

On or about June 23, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE GONZALEZ-ZULUETA,**
a/k/a, "Jorgito,"
**ANTONIO HERNANDEZ-GALINDO,**
**DANIEL ABREU-JIMENEZ,**
a/k/a, "Danny,"
**YOUANY OLIVERA-GARCIA, and**
**ARIEL VALDES,**

did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement

3

of articles and commodities in commerce, as the term "commerce" is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did attempt to unlawfully take and obtain property from persons against their will, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 5

On or about June 23, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE GONZALEZ-ZULUETA,**
a/k/a, "Jorgito,"
**ANTONIO HERNANDEZ-GALINDO,**
**DANIEL ABREU-JIMENEZ,**
a/k/a, "Danny,"
**YOUANY OLIVERA-GARCIA, and**
**ARIEL VALDES,**

did knowingly use and carry a firearm during and in relation to a crime of violence and a drug trafficking crime, and did possess said firearm in furtherance of a crime of violence and a drug trafficking crime, for which crimes the defendants may be prosecuted in a court of the United States, specifically, violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 1951(a), as set forth in Counts 1, 2, 3, and 4 of this Indictment; in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

It is further alleged that the firearm is:

(a)  one Taurus, Model 85 Ultra-light, .38 caliber revolver; and

(b)  one Glock, Model 23, .40 caliber semi-automatic pistol.

## COUNT 6

On or about June 23, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YOUANY OLIVERA-GARCIA, and
ARIEL VALDES,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition is:

(a)     one Taurus, Model 85 Ultra-light, .38 caliber revolver;

(b)     five rounds of Federal .28 caliber ammunition rounds;

(c)     one Glock, Model 23, .40 caliber semi-automatic pistol; and

(d)     twelve assorted rounds of ammunition loaded in Glock.

## CRIMINAL FORFEITURE ALLEGATIONS

1.     The allegations of Counts 1 through 6 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 981(a)(1)(C) and Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures outlined at Title 21, United States Code, Section 853.

2.     Upon conviction of either violation of Title 21, United States Code, Section 846, as

alleged in Counts 1 or 2 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

3. Upon conviction of either violation of Title 18, United States Code, Section 1951(a), as alleged in Counts 3 or 4 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violations.

4. Upon conviction of any violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in this Indictment, or any violation of any other federal criminal law, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said violation.

5. The property subject to forfeiture includes, but is not limited to:

(a) one Taurus, Model 85 Ultra-light, .38 caliber revolver;

(b) five rounds of Federal .28 caliber ammunition rounds;

(c) one Glock, Model 23, .40 caliber semi-automatic pistol; and

(d)   twelve assorted rounds of ammunition loaded in Glock.

All pursuant to Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 981(a)(1)(C); Title 18, United States Code, Section 924(d)(1); and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
KELLY S. KARASE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

JORGE GONZALEZ-ZULUETA, ET AL.,

**CERTIFICATE OF TRIAL ATTORNEY***

**Defendants.**
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)    Yes _____ _____
Number of New Defendants    _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _Yes_
   List language and/or dialect    _Spanish_

4. This case will take _5-7_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)         (Check only one)

   I    0 to 5 days    ___    Petty    ___
   II    6 to 10 days    _X_    Minor
   III    11 to 20 days    ___    Misdem.    ___
   IV    21 to 60 days    ___    Felony    _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _11-MJ-2824-WCT_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _06/23/2011_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
KELLY KARASE
ASSISTANT UNITED STATES ATTORNEY
Court No.: A5501183

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>JORGE GONZALEZ-ZULUETA, a/k/a "Jorgito"</u>

**Case No**: _____

Count #: 1

Conspiracy to Possess With Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty**:  Life Imprisonment

Count #: 2

Attempt to Possess With Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:  Life Imprisonment

Count #: 3

Conspiracy to Interfere With Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a)

**\* Max. Penalty**:  20 Years' Imprisonment

Count #: 4

Attempt to Interfere With Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a)

**\* Max. Penalty**:  20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>**JORGE GONZALEZ-ZULUETA, a/k/a "Jorgito"**</u>

Case No: _____

Count #: 5

<u>Carrying a Firearm During and in Relation to a Drug Trafficking Crime/Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)A)</u>

<u>* **Max. Penalty**:     Life Imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>ANTONIO HERNANDEZ-GALINDO</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to Possess With Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

<u>Attempt to Possess With Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty**:   Life Imprisonment

Count #: 3

<u>Conspiracy to Interfere With Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\* Max. Penalty:**   20 Years' Imprisonment

Count #: 4

<u>Attempt to Interfere With Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\* Max. Penalty**:   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: ANTONIO HERNANDEZ-GALINDO**

Case No: _____

Count #: 5

Carrying a Firearm During and in Relation to a Drug Trafficking Crime/Crime of Violence

Title 18, United States Code, Section 924(c)(1)A)

\* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>DANIEL ABREU-JIMENEZ, a/k/a "Danny"</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to Possess With Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

<u>*Max. Penalty:</u>   Life Imprisonment

Count #: 2

<u>Attempt to Possess With Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

<u>* Max. Penalty:</u>   Life Imprisonment

Count #: 3

<u>Conspiracy to Interfere With Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

<u>* Max. Penalty:</u>   20 Years' Imprisonment

Count #: 4

<u>Attempt to Interfere With Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

<u>* Max. Penalty</u>:   20 Years' Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **DANIEL ABREU-JIMENEZ, a/k/a "Danny"**

**Case No**: _____

Count #: 5

Carrying a Firearm During and in Relation to a Drug Trafficking Crime/Crime of Violence

Title 18, United States Code, Section 924(c)(1)A)

**\* Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: YOUANY OLIVERA-GARCIA

Case No: _____

Count #: 1

Conspiracy to Possess With Intent to Distribute Cocaine

Title 21, United States Code, Section 846

***Max. Penalty:**  Life Imprisonment

Count #: 2

Attempt to Possess With Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:  Life Imprisonment

Count #: 3

Conspiracy to Interfere With Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section 1951(a)

**\* Max. Penalty**:  20 Years' Imprisonment

Count #: 4

Attempt to Interfere With Commerce by Threats or Violence (Robbery)

Title 18, United States Code, Section1951(a)

**\* Max. Penalty**:  20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>YOUANY OLIVERA-GARCIA</u>

**Case No**: _____

Count #: 5

<u>Carrying a Firearm During and in Relation to a Drug Trafficking Crime/Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)A)</u>

**\* Max. Penalty**: <u>Life Imprisonment</u>

Count #: 6

<u>Possession of Firearm by a Convicted Felon</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max. Penalty**: <u>10 Year's Imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>ARIEL VALDES</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to Possess With Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\*Max. Penalty:** <u>Life Imprisonment</u>

Count #: 2

<u>Attempt to Possess With Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty:** <u>Life Imprisonment</u>

Count #: 3

<u>Conspiracy to Interfere With Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\* Max. Penalty:** <u>20 Years' Imprisonment</u>

Count #: 4

<u>Attempt to Interfere With Commerce by Threats or Violence (Robbery)</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\* Max. Penalty:** <u>20 Years' Imprisonment</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>ARIEL VALDES</u>

**Case No:** _____

Count #: 5

<u>Carrying a Firearm During and in Relation to a Drug Trafficking Crime/Crime of Violence</u>

<u>Title 18, United States Code, Section 924(c)(1)A)</u>

* **Max. Penalty:** Life Imprisonment

Count #: 6

<u>Possession of Firearm by a Convicted Felon</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

* **Max. Penalty:** 10 Year's Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.